# Exhibit A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,424,169**
**Registered Jul. 20, 2021**
**Int. Cl.: 32**
**Trademark**
**Principal Register**



*Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Ave
Santa Monica, CALIFORNIA 90402

CLASS 32: Non-alcoholic drinks, namely, energy shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

The mark consists of the terms "BOTANIC TONICS" and "PLANT SOLUTIONS" stylistically surrounding the rudimentary drawing of a potted plant, all of which are centered underneath the rudimentary drawing of three individual leaves. The word "BOTANIC" is located above the potted plant, written in large font, arranged on a semi-circular upside-down-U plane, and surrounded by the outline of an upside-down U-shape. The word "TONICS" is located below the potted plant, written in large font, arranged on a semi-circular right-side-up U-plane, and surrounded by the outline of a right-side-up U-shape. The potted plant is located between the two U-shape outlines. A halo is located above the top of the plant, which in turn is located just below the arch of the upside-down U-shape outline containing the word "BOTANIC". The base of the potted plant is located just above the arch of the right-side-up U-shape outline containing the word "TONICS". The word "PLANT" is located to the left of the potted plant, written in small font on a horizontal plane and centered between the bottom left of the upside-down U-shape outline and the top left of the U-shape outline. The word "SOLUTIONS" is located to the right of the potted plant, written in small font on a horizontal plane and centered between the bottom right of the upside-down U-shape outline and the top right of the right-side-up U-shape outline. Three rudimentary, nearly identical leaves - a large leaf and two smaller leaves - are centered above the top of the arch of the upside-down U-shape outline. The base of each leaf is arranged parallel to the curvature of the upside-down U-shape. The large leaf is located directly above the center of the upside-down U-shape outline, extending upward in a northerly direction. The two smaller leaves are located on each side of the large leaf - one to the left extending upward in a northwesterly direction, and one to the right extending upward in



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,018,378**
**Registered Apr. 04, 2023**
Int. Cl.: 5
Trademark
Principal Register



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 5: Beverages containing kava kava for use as a nutritional supplement; Dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplemental drinks; Dietary supplements; Dietary supplements also containing kava kava; Dietary supplements for human consumption; Dietary supplements for humans; Dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary and nutritional supplements; Dietary and nutritional supplements containing kava kava; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary food supplements; Herbal supplements; Herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Liquid herbal supplements; Liquid nutritional supplement; Natural dietary supplements; Natural herbal supplements; Nutraceuticals for use as a dietary supplement; Nutritional supplements; Nutritional supplements consisting primarily of kava kava; Nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Nutritional supplements in the form of beverages or liquid shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

The mark consists of the terms "BOTANIC TONICS" and "PLANT SOLUTIONS" stylistically surrounding the rudimentary drawing of a potted plant, all of which are centered underneath the rudimentary drawing of three individual leaves. The word "BOTANIC" is located above the potted plant, written in large font, arranged on a semi-circular upside-down-U plane, and surrounded by the outline of an upside-down U-shape. The word "TONICS" is located below the potted plant, written in large font, arranged on a semi-circular right-side-up U-plane, and surrounded by the outline of a right-side-up U-shape. The potted plant is located between the two U-shape outlines. A



halo is located above the top of the plant, which in turn is located just below the arch of the upside-down U-shape outline containing the word "BOTANIC". The base of the potted plant is located just above the arch of the right-side-up U-shape outline containing the word "TONICS". The word "PLANT" is located to the left of the potted plant, written in small font on a horizontal plane and centered between the bottom left of the upside-down U-shape outline and the top left of the U-shape outline. The word "SOLUTIONS" is located to the right of the potted plant, written in small font on a horizontal plane and centered between the bottom right of the upside-down U-shape outline and the top right of the right-side-up U-shape outline. Three rudimentary, nearly identical leaves - a large leaf and two smaller leaves - are centered above the top of the arch of the upside-down U-shape outline. The base of each leaf is arranged parallel to the curvature of the upside-down U-shape. The large leaf is located directly above the center of the upside-down U-shape outline, extending upward in a northerly direction. The two smaller leaves are located on each side of the large leaf - one to the left extending upward in a northwesterly direction, and one to the right extending upward in a northeasterly direction.

OWNER OF U.S. REG. NO. 6424169

No claim is made to the exclusive right to use the following apart from the mark as shown: "BOTANIC TONICS" AND "PLANT SOLUTIONS"

SER. NO. 97-292,964, FILED 03-03-2022

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,411,523**
**Registered Jun. 11, 2024**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 35: On-line retail store services featuring beverages containing kava kava for use as a nutritional supplement, dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary supplemental drinks, dietary supplements, dietary supplements also containing kava kava, dietary supplements for human consumption, dietary supplements for humans, dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary and nutritional supplements, dietary and nutritional supplements containing kava kava, dietary and nutritional supplements for endurance sports, dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary food supplements, herbal supplements, herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, liquid herbal supplements, liquid nutritional supplement, natural dietary supplements, natural herbal supplements, nutraceuticals for use as a dietary supplement, nutritional supplements, nutritional supplements consisting primarily of kava kava, nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, nutritional supplements in the form of beverages or liquid shots, non-alcoholic drinks, namely, energy shots, hooded sweatshirts for adults, headwear for adults, fanny packs, socks, golf balls, and tops as clothing; On-line retail store services featuring subscription boxes containing beverages containing kava kava for use as a nutritional supplement, dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary supplemental drinks, dietary supplements, dietary supplements also containing kava kava, dietary supplements for human consumption, dietary supplements for humans, dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary and nutritional supplements, dietary and nutritional supplements containing kava kava, dietary and nutritional supplements for endurance sports, dietary and nutritional supplements for reducing stress, reducing

*Katherine Kelly Vidal*
**Director of the United States**
**Patent and Trademark Office**



anxiety, increasing productivity, and increasing focus, dietary food supplements, herbal supplements, herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, liquid herbal supplements, liquid nutritional supplement, natural dietary supplements, natural herbal supplements, nutraceuticals for use as a dietary supplement, nutritional supplements, nutritional supplements consisting primarily of kava kava, nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, nutritional supplements in the form of beverages or liquid shots, and non-alcoholic drinks, namely, energy shots; Subscription-based online retail store services in the field of beverages containing kava kava for use as a nutritional supplement, dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary supplemental drinks, dietary supplements, dietary supplements also containing kava kava, dietary supplements for human consumption, dietary supplements for humans, dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary and nutritional supplements, dietary and nutritional supplements containing kava kava, dietary and nutritional supplements for endurance sports, dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, dietary food supplements, herbal supplements, herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, liquid herbal supplements, liquid nutritional supplement, natural dietary supplements, natural herbal supplements, nutraceuticals for use as a dietary supplement, nutritional supplements, nutritional supplements consisting primarily of kava kava, nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus, nutritional supplements in the form of beverages or liquid shots, and non-alcoholic drinks, namely, energy shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

The mark consists of the terms "BOTANIC TONICS" and "PLANT SOLUTIONS" stylistically surrounding the rudimentary drawing of a potted plant with two leaves, all of which are centered underneath the rudimentary drawing of three individual leaves. The word "BOTANIC" is located above the potted plant, written in large font, arranged on a semi-circular upside-down-U plane, with a shaded circle before the letter "B", and surrounded by the outline of an upside-down U-shape. The word "TONICS" is located below the potted plant, written in large font, arranged on a semi-circular right-side-up U-plane, with a shaded circle after the letter "S", and surrounded by the outline of a right-side-up U-shape. The potted plant is located between the two U-shape outlines, with a small asterisk on each side of the bigger leaf of the potted plant. A halo is located above the top of the plant, which in turn is located just below the arch of the upside-down U-shape outline containing the word "BOTANIC". The base of the potted plant is located just above the arch of the right-side-up U-shape outline containing the word "TONICS". The word "PLANT" is located to the left of the potted plant, written in small font on a horizontal plane and centered between the bottom left of the upside-down U-shape outline and the top left of the U-shape outline. The word "SOLUTIONS" is located to the right of the potted plant, written in small font on a horizontal plane and centered between the bottom right of the upside-down U-shape outline and the top right of the right-side-up U-shape outline. Three rudimentary, nearly identical leaves - a large leaf and two smaller leaves - are centered above the top of the arch of the upside-down U-shape outline. The base of each leaf is arranged parallel to the curvature of the upside-down U-shape. The large leaf is located directly above the center of the upside-down U-shape outline, extending upward in a northerly direction. The two smaller leaves are located on each side of the large leaf - one to the left extending upward in a northwesterly direction, and one to the right extending upward in a northeasterly direction.

OWNER OF U.S. REG. NO. 6424169

No claim is made to the exclusive right to use the following apart from the mark as shown: "BOTANIC TONICS" and "PLANT SOLUTIONS"

# United States of America
## United States Patent and Trademark Office

# FEEL FREE

**Reg. No. 6,396,112**
**Registered Jun. 22, 2021**
**Int. Cl.: 32**
**Trademark**
**Principal Register**

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Ave
Santa Monica, CALIFORNIA 90402

CLASS 32: Non-alcoholic drinks, namely, energy shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-235,719, FILED 10-05-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# FEEL FREE

**Reg. No. 7,018,376**
**Registered Apr. 04, 2023**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Botanic Tonics, LLC (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 5: Beverages containing kava kava for use as a nutritional supplement; Dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplemental drinks; Dietary supplements; Dietary supplements also containing kava kava; Dietary supplements for human consumption; Dietary supplements for humans; Dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary and nutritional supplements; Dietary and nutritional supplements containing kava kava; Dietary and nutritional supplements for endurance sports; Dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary food supplements; Herbal supplements; Herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Liquid herbal supplements; Liquid nutritional supplement; Natural dietary supplements; Natural herbal supplements; Nutraceuticals for use as a dietary supplement; Nutritional supplements; Nutritional supplements consisting primarily of kava kava; Nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Nutritional supplements in the form of beverages or liquid shots

FIRST USE 4-12-2020; IN COMMERCE 4-12-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 6396112

SER. NO. 97-292,962, FILED 03-03-2022



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,361,811**
**Registered Apr. 16, 2024**
**Int. Cl.: 5, 32**
**Trademark**
**Principal Register**

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 5: Beverages containing kava kava for use as a nutritional supplement; Beverages containing mushrooms for use as a nutritional supplement; Dietary and nutritional supplements; Dietary and nutritional supplements containing kava kava; Dietary and nutritional supplements containing mushrooms; Dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary and nutritional supplements for endurance sports; Dietary food supplements; Dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplements; Dietary supplements also containing kava kava; Dietary supplements also containing mushrooms; Dietary supplements for human consumption; Dietary supplements for humans; Dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplemental drinks; Herbal supplements; Herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Liquid nutritional supplement; Natural dietary supplements; Natural herbal supplements; Nutraceuticals for use as a dietary supplement; Nutritional supplements; Nutritional supplements consisting primarily of kava kava; Nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Nutritional supplements in the form of beverages or liquid shots; Liquid herbal supplements

FIRST USE 10-00-2023; IN COMMERCE 10-00-2023

CLASS 32: Non-alcoholic drinks, namely, energy shots; Non-alcoholic water-based beverages also containing kava kava; Non-alcoholic water-based beverages also containing mushrooms

FIRST USE 10-00-2023; IN COMMERCE 10-00-2023

*Katherine Kelly Vidal*
**Director of the United States Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,310,535**
**Registered Feb. 20, 2024**
**Int. Cl.: 5, 32**
**Trademark**
**Principal Register**

Botanic Tonics, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 5: Beverages containing kava kava for use as a nutritional supplement; Beverages containing mushrooms for use as a nutritional supplement; Dietary and nutritional supplements; Dietary and nutritional supplements containing kava kava; Dietary and nutritional supplements containing mushrooms; Dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary and nutritional supplements for endurance sports; Dietary food supplements; Dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplements; Dietary supplements also containing kava kava; Dietary supplements also containing mushrooms; Dietary supplements for human consumption; Dietary supplements for humans; Dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplemental drinks; Herbal supplements; Herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Liquid nutritional supplement; Natural dietary supplements; Natural herbal supplements; Nutraceuticals for use as a dietary supplement; Nutritional supplements; Nutritional supplements consisting primarily of kava kava; Nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Nutritional supplements in the form of beverages or liquid shots; Liquid herbal supplements

FIRST USE 5-00-2020; IN COMMERCE 5-00-2020

CLASS 32: Non-alcoholic drinks, namely, energy shots; Non-alcoholic water-based beverages also containing kava kava; Non-alcoholic water-based beverages also containing mushrooms

FIRST USE 5-00-2020; IN COMMERCE 5-00-2020

*Katherine Kelly Vidal*
**Director of the United States Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# feel free

**Reg. No. 7,310,536**
**Registered Feb. 20, 2024**
**Int. Cl.: 5, 32**
**Trademark**
**Principal Register**

Botanic Tonics, LLC (DELAWARE LIMITED LIABILITY COMPANY)
740 Kingman Avenue
Santa Monica, CALIFORNIA 90402

CLASS 5: Beverages containing kava kava for use as a nutritional supplement; Beverages containing mushrooms for use as a nutritional supplement; Dietary and nutritional supplements; Dietary and nutritional supplements containing kava kava; Dietary and nutritional supplements containing mushrooms; Dietary and nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary and nutritional supplements for endurance sports; Dietary food supplements; Dietary supplement beverage for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplements; Dietary supplements also containing kava kava; Dietary supplements also containing mushrooms; Dietary supplements for human consumption; Dietary supplements for humans; Dietary supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Dietary supplemental drinks; Herbal supplements; Herbal supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Liquid nutritional supplement; Natural dietary supplements; Natural herbal supplements; Nutraceuticals for use as a dietary supplement; Nutritional supplements; Nutritional supplements consisting primarily of kava kava; Nutritional supplements for reducing stress, reducing anxiety, increasing productivity, and increasing focus; Nutritional supplements in the form of beverages or liquid shots; Liquid herbal supplements

FIRST USE 5-00-2020; IN COMMERCE 5-00-2020

CLASS 32: Non-alcoholic drinks, namely, energy shots; Non-alcoholic water-based beverages also containing kava kava; Non-alcoholic water-based beverages also containing mushrooms

FIRST USE 5-00-2020; IN COMMERCE 5-00-2020

The mark consists of the wording "FEEL FREE" in stylized typeface.

OWNER OF U.S. REG. NO. 6396112, 7018376

SER. NO. 98-115,658, FILED 08-03-2023

*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office